IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE SUBPOENA TO MICHAEL STREETER, <br><br> Served in related case: <br> *Lyons v. Saeilo, Inc.*, <br> N.D. Ala., Case No. 5:21CV43 | 4:22CV3094 <br><br> **ORDER** |

On May 20, 2022, Saeilo, Inc., the defendant in a case pending in the United States District Court for the Northern District of Alabama (*Lyons v. Saeilo, Inc.*, Case No. 5:21CV43), filed this action requesting that this Court quash a subpoena issued by the plaintiffs in the Alabama litigation to non-party Michael Streeter. (Filing No. 1.)

The plaintiffs' attorneys in the underlying action filed motions for admission *pro hac vice* in this action on May 31, 2022. (Filing Nos. 10, 11.) Those motions were granted by this Court later that day. (Filing Nos. 12, 13.)

On June 15, 2022, Saeilo submitted a supplemental filing requesting that this Court consider the matter fully submitted and the plaintiffs in the Alabama litigation to have abandoned their position on the Motion to Quash because the plaintiffs have not filed a brief in opposition to the motion. (Filing No. 14.)

Having fully considered the matter, Saeilo's Motion to Quash will be granted.

**IT IS ORDERED** that the Motion to Quash the Deposition Subpoena to Non-Party Michael Streeter (Filing No. 1) is granted. The subpoena issued to Michael Streeter is hereby quashed as requested.

Dated this 22nd day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge